IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DOUGLAS BRUCE HIMMELFARB,<br><br>  Plaintiff,<br><br>  vs.<br><br>JP MORGAN CHASE BANK, N.A.;<br>KAS INVESTMENTS, LLC,<br><br>  Defendants. | CIVIL NO. 10-00058 DAE-KSC<br><br>FINDINGS AND<br>RECOMMENDATION REGARDING<br>"FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW; ORDER<br>GRANTING DEFENDANT AND<br>COUNTER/CROSS<br>COMPLAINANT'S MOTION FOR<br>SUMMARY JUDGMENT FILED<br>AUGUST 24, 2011" |

FINDINGS AND RECOMMENDATION REGARDING
"FINDINGS OF FACT AND CONCLUSIONS OF LAW; ORDER
GRANTING DEFENDANT AND COUNTER/CROSS COMPLAINANT'S
<u>MOTION FOR SUMMARY JUDGMENT FILED AUGUST 24, 2011"</u>

On June 1, 2012, Defendant and Counter/Cross-Complainant JP Morgan Chase Bank, N.A.'s ("JP Morgan") submitted a Findings of Fact and Conclusions of Law; Order Granting Defendant and Counter/Cross Complainant's Motion for Summary Judgment Filed August 24, 2011.  Doc. No. 146.

After reviewing the submission, and having already found and recommended that JP Morgan's Motion for Summary Judgment on its Counter/Cross-Claim to Foreclose Mortgage, filed on August 4, 2011, and for Interlocutory Decree of Foreclosure, be granted, this

Court RECOMMENDS that the district court adopt and approve the Findings of Fact and Conclusions of Law; Order Granting Defendant and Counter/Cross Complainant's Motion for Summary Judgment Filed August 24, 2011.  This Court further RECOMMENDS that Michael Hong be appointed as Commissioner in this case.

    IT IS SO FOUND AND RECOMMENDED.

    DATED: Honolulu, Hawaii, June 12, 2012.



_____
Kevin S.C. Chang
United States Magistrate Judge

HIMMELFARB V. JP MORGAN CHASE BANK, N.A., ET AL.; CIVIL NO. 10-00058 DAE-KSC; FINDINGS AND RECOMMENDATION REGARDING "FINDINGS OF FACT AND CONCLUSIONS OF LAW; ORDER GRANTING DEFENDANT AND COUNTER/CROSS COMPLAINANT'S MOTION FOR SUMMARY JUDGMENT FILED AUGUST 24, 2011"