IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DOUGLAS BRUCE HIMMELFARB, | ) ) ) | CIVIL 10-00058-DAE-KSC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JP MORGAN CHASE BNAK, N.A.; KAS INVESTMENTS, LLC, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 12, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION REGARDING 'FINDINGS OF FACT AND CONCLUSIONS OF LAW; ORDER GRANTING DEFENDANT AND COUNTER/CROSS COMPLAINANT'S MOTION FOR SUMMARY JUDGMENT FILED AUGUST 24, 2011,'" Docket entry no. 147, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 9, 2012.



_____
David Alan Ezra
United States District Judge

HIMMELFARB V. JP MORGAN CHASE BANK, N.A., ET AL.; CIVIL NO. 10-00058 DAE-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION